IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HEATHER K. ROSO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00538-MAB |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 33), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Heather K. Roso and against Defendant Commissioner of Social Security.

DATED: March 17, 2022

                                                    **MONICA A. STUMP,**
                                                    **Clerk of Court**

                                        BY:  */s/ Jennifer Jones*
                                                    **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**